UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:  Case No.: 17-47909
Judge: McIvor
Robinson, Roy & Shelly  Chapter: 13

        Debtor(s).
_____ /

State of Michigan )
)ss
County of Oakland )

## AFFIDAVIT

The undersigned, Michael Robinson, being first duly sworn, deposes and says as follows:

1. That I personally know of the facts and circumstances contained in this Affidavit and of my finances and income, and am competent to testify thereto if called as a witness.

2. That I am the debtor's son and I drive and pay for the 2016 Chevrolet Silverado directly to the creditor, AmeriCredit/GM Financial.

3. Further, Affiant sayeth not.

        /s/Michael Robinson
        Michael Robinson

On this 13th day of June, 2017 before me personally appeared Michael Robinson, to me known to be the person who executed the foregoing Affidavit, by his subscribed, and who acknowledged that the same was done as his free act and deed.

        /s/Karen Nowicki
        Karen Nowicki, Notary Public
        Oakland County, Michigan
        My Commission Expires: 5/15/2021